IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:25-CV-1537-M-KS

| | |
|---|---|
| ERIC CARTER,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ORDER |

This matter comes before the court on the Memorandum and Recommendation ("M&R") by United States Magistrate Judge Kimberly Swank in accordance with 28 U.S.C. § 636(b) [DE 4]. Therein, Judge Swank recommends the court deny Plaintiff's application to proceed *in forma pauperis* and order him to pay the requisite filling fee. [DE 4] 1–2. Plaintiff was served the M&R, along with instructions and a deadline for filing objections on October 10, 2025. *See id.* Plaintiff did not file objections to the M&R. Instead on October 22, 2025, Plaintiff paid the filing fee.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. *See Diamond*, 416 F.3d at 315. For the reasons stated therein, Plaintiff's Motion for Leave to Proceed In Forma Pauperis [DE 2] is DENIED.

SO ORDERED this 26th day of October, 2026.

Richard E. Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE